

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00263-CV

| | | |
|---|---|---|
| IN RE T.H. AND B.H., Relators | § | Original Proceeding |
| | § | 442nd District Court of Denton County, Texas |
| | § | Trial Court No. 21-1494-442 |
| | § | October 21, 2021 |
| | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered Relators' petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to (1) vacate its June 7, 2021 order denying Relators' amended motion to transfer venue and (2) enter an order transferring the Denton County suit affecting a parent–child relationship to Grayson County.

It is further ordered that Real Party in Interest B.D. shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
       Justice Wade Birdwell